**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO.**  3:26-cv-437-CRS

*Electronically Filed*

**CHRSTOPHER MORRIS**                                             **PLAINTIFF**

**v.**                              **NOTICE OF REMOVAL**

**LOUISVILLE METRO POLICE DEPT.,** *ET AL*                **DEFENDANTS**

**\* \* \* \* \* \* \* \* \* \* \***

1.      Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Louisville-Jefferson County Metro Government ("Metro"), hereby gives notice of removal of this action from the Jefferson Circuit Court, Civil Action No. 26-CI-003974, to the United States District Court, Western District of Kentucky, Louisville Division.

2.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (because federal questions are involved) in that the allegations set forth in the Complaint alleges violations of Plaintiff's U.S. Constitutional Rights under 42 U.S.C. § 1983. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the additional state law claims set forth in the Complaint.

3.      Removal of this civil action to the U.S. District Court for the Western District of Kentucky at Louisville is proper, pursuant to 28 U.S.C. §1441(a) and (c), since this court has original jurisdiction and the Jefferson Circuit Court and Jefferson County is located within the Western District of Kentucky.  The Complaint includes federal questions alleged under 42 U.S.C. § 1983, and therefore the case is removed pursuant to 28 U.S.C. 1441(c).

1

4.    Louisville-Jefferson County Metro Government was served with process in this action on May 15, 2026. This Notice of Removal is therefore timely pursuant to 28 U.S.C. 1446 (b), as it is being filed within thirty (30) days after service upon Metro.

4.    Upon information and belief, Defendants Louisville Metro Police Department, Officer Young, and Officer Tyler Lawrence have not been properly served with process. Counsel has been advised that attempted service upon Louisville Metro Police Department and individual officer defendants was not accepted by a person authorized to accept service on their behalf.

5.    As required by 28 U.S.C. § 1446 (a), a copy of the Complaint and Summons and all other pleadings which have been received are attached to this Petition for Joint Removal, on behalf of the properly served Defendant, Louisville-Jefferson Metro Government.  The attached documents constitute all pleadings and other documents in the file of the Jefferson Circuit Court as of this date.

6.    Written notice of the filing of this Notice of Removal is being served on Plaintiff and filed with Jefferson Circuit Court in accordance with the requirements of 28 U.S.C. § 1146(d).

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Samantha A. Bevins
Samantha A. Bevins
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(05) 574-4048
Samantha.Bevins@louisvilleky.gov
*Counsel for Defendant*

2

CERTIFICATE

I hereby certify that a true and correct copy of the foregoing was served electronically through the E-Filing system this 4th day of June 2026, upon the following:

Shannon Fauver
FAUVER LAW OFFICE, PLLC.
1752 Frankfort Avenue
Louisville, KY 40206
Shannon@fauverlaw.com
*Counsel for the Plaintiff*

/s/ Samantha A. Bevins
Samantha A. Bevins